IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TOMICA S. MORALES,<br><br>      Plaintiff,<br><br>v.<br><br>TRANS UNION,<br><br>      Defendant. | Civil No. 06-5575 (RBK) |

This matter having been brought before this court *sua sponte* because of plaintiff's failure to comply with this Court's scheduling and discovery Orders; and having considered the Report and Recommendation submitted to me by the Honorable Joel Schneider, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the litigants having had the opportunity to file and serve their objections thereto;

IT IS this 12th day of October, 2007 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**.

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge